arguments in Mid-Atlantic Capital. Good morning may it please the court and opposing counsel my name is Andy Stanton from Jones Day here on behalf of Appellant Mid-Atlantic Capital Corporation. This case presents an issue of first impression for this court and that is whether section 11a of the of an arbitration award document itself when determining whether there has been an evident material miscalculation of figures in that award and the district court below found that the final damages award in the arbitration at issue was quote-unquote disturbing. He found that it included a double recovery of the he went on to hold that notwithstanding that fact he was not able to rectify it because section 11a confines the district court's review to quote-unquote the face of the award. Now that language the face of the award is a phrase that doesn't appear in the statute, doesn't come from any case law in this circuit and in fact has its origins in a Southern District of New York opinion applying the New York State CPLR. Which is I guess if we dig down deep enough it's the source New York arbitration law is the source of our arbitration rules so doesn't that carry some weight this historic interpretation of that phrase and that we look only for errors we only look as deep as the face of the award? Your Honor it's a good question and and yes acknowledging that the New York rules historically provide source material for the Federal Arbitration Act there are two points to make in response to your question. The first is that even the quotation from that Southern District New York case has been bastardized and shortened so the circuit court opinion in in apex which was cited by the district court has a quotation from this Southern District case which is which is called how where it has an ellipsis in the quotation and the ellipsis is important because the full content of what the court and house said was that arbitration awards won't be changed unless there is an error on the face of the award or a miscalculation can be clearly inferred that portion of the quote from the Southern District opinion was not included in the apex courts. The or the error can be inferred part? Yes or can be clearly inferred and so the analysis starts as it has to start with the language of the statute itself and you know that the language is very clear it says district courts may make an order modifying or correcting the award where there was an evident material miscalculation of figures. This phrase does not impose a quantitative limitation on what a district court may look at it is a qualitative standard. Evident means clear. Material is a well known and often used term of art in law and I would posit to the court that that word in and of itself renders the proposition that review is confined to the award document nonsensical because how will a court ever know even if a miscalculation is apparent on the face of an award document itself something akin to 2 plus 2 equals 5. How will a court determine if that's material and the answer is maybe if the award coincidentally happens to provide enough information such a determination could be made but maybe not and there is no basis in logic or the language of the statute to say when a properly submitted record is before a district court as was the case here and from that record which district courts are highly competent to review that that's what they do from that record the district court can determine there has been a clear miscalculation there is no basis in the language of the statute to say however district court you can't fix it even if you go beyond the face of the award here why is it so readily apparent that you'll meet the statutory standard I mean even the district court alluded to the fact that it wasn't clear how you would compute the assignment that had taken place in this case and so that was an issue the fact that mr. Wellman didn't receive an individual in what is an initial investment loss in the in the award how that all factors in to this equation those are ambiguities that suggest you wouldn't meet the statutory standard anyway respectfully judge Holmes I disagree for two reasons I would assume as much but of course and I mean I think they're really two they're really two parts to the answer to your question the first is and it goes to the this court standard of review the the trial judge made a factual finding that there was a double recovery he also went on to say it's not clear how I would resolve this issue if I had the authority to do so which I don't because there was a reassignment requirement and I would have to hold a hearing now section 11a doesn't say district courts can't hold hearings in order to make determinations as to whether miscalculations are evident or to resolve them how is that how is that consistent with the standard of the incredibly deferential standard of review that you have as it relates to hearings and and and I presumably which could include taking testimony I mean you are digging into the weeds of a decision that in a way to suggest a NOVA review it doesn't suggest this extremely deferential standard that you have so I I don't know number one even if we were to adopt the view that we go beyond the face of the of the award it's not clear to me what the limiting principle is and you are you know giving me exhibit a of why it isn't clear what well I think there's a there's a very clear limiting principle judge and that limiting principle is the district court is bound to review the record okay so the district court and respectfully case law from the 11th circuit upheld a district courts modification of an award for a material miscalculation where the entire proposition was ascertained from outside of the arbitration record both the mistake itself and how to fix it and that's the trans nitro decision and the court there pointed to the last line of section 11 which is important statutory language and I want to just make sure I quote it correctly the last line of section 11 the order may modify and correct the award so as to affect the intent thereof and promote justice between the parties and in the train of a Mack truck through that and and that would essentially eviscerate the full brain and I don't necessarily disagree with you judge but I but I do think what we're advocating for is far short of what was endorsed in trans nitro and is much more akin to what happened in the elder case all we're saying is first of all the trial courts ruling that section 11 a does not permit a district court to review anything other than the award document itself and therefore nothing more can be done that is an erroneous interpretation of the statute so that interpretation we don't we don't have any case in our circuit that says that you said when you started this is a case of first and that's correct judge and have an unpublished case right that says that you don't go beyond the face of the document you have an unpublished decision in the in the newcombe in the newcombe case but judge I would say if you read that case carefully there's not an analysis of the statutory language and there's not an analysis at all of the question what is the corpus of information that a trial court can properly consider in order to determine whether there has been an evident miscalculation of figures regrettably when I look at elliger and when I look at apex plumbing neither one of them as a fulsome analysis of justifying why they're doing what they're doing that's I agree a hundred percent judge I don't think there is a case not not only is this a first impression for you I think it's a fair reading of the case law that's that's out there that it's an issue of first impression period none of these decisions analyze the text of the statute and speak about what is it that a district court can look at to your question which I want to answer judge Holmes again evident material miscalculation is a qualitative standard you're saying you've got it's got to be clear it's got a matter and it has to be a math mistake it doesn't say what am I allowed to look at in order to determine it so when you review a trial court for clear error if a district court in a summary judgment opinion said I find that the car was red but there is a stipulation a pretrial stipulation where the parties stipulate that the car was no one would say well it's broadening the standard of review to permit an appellate court to look at that stipulation in order to ascertain whether the error was clear I guess it depends on whether the appellate courts reviewing an arbitration award or a lower federal court I agree your honor it's it's only an analogy that I'm making but I mean we have very very narrow review authority there's no doubt however it's not non-existent as the court in elder said let's not confuse narrow with non-existent it's narrow because the mistake has to be clear it can only be a math error if it goes to the merits you can't fix it and it has to be material but why does it serve the purpose of furthering a narrow standard of review to tell a district court you can't consider the arbitration record in making that determination let me just give you one last hypothetical you have two awards okay assume hypothetical worlds where there are two awards award a says damages are two two for a total of five miscalculation it's evident on the face of the award award B says damages are five but the same mistake was made under and posit further that in the second scenario if you just looked at the arbitration record about which there's no dispute you could figure it out what purpose does it serve even with respect to the standard of review to say you can fix the first one but not the second one it's the same mistake purposes it serves is your hypothetical deposits the easy case and and the rule that we adopt here is not going to say flashing lights we're only doing the easy cases if this were an easy case and it's not clear to me that it is but I mean the question is what then becomes I mean I just have a hard time seeing what the limiting principle becomes in this sort of you say it's the record you say it's got to be evident yes but come on I mean the way you want you can dig real deep to determine what is supposedly evident and at that point you're over you're ruling the bargain that the parties made to take this path respectfully judge I disagree I think again evident just means it has to be clear the limiting principle is the trial judge is constrained to review the record of the arbitration proceedings if it wasn't in the record you can't rely on it and we're not advocating that the judge rely on it real quick we have it don't we have a problem here too that this whole issue of what is the correct number was not an issue that your client raised in arbitration no we don't focus the focus there was on statute of limitations yeah we don't have that issue judge because the reality is yeah our client so it's fair game now to talk about it our client didn't put on a damages expert but of course our client and challenge the damages that were asserted well our client did in fact cross-examine the damages expert but importantly and I would urge the court to review the damages case that was put on by the appellees and if you review our briefing what we're telling you is the mistake that was made the miscalculation is based on their experts own math and well so there you are you stand up and you say wait a minute let's walk through this math that's that's the responsibility of your client but but the mistake wasn't made until the award was issued there there did not have you have to help the arbitrator to know what the correct math is don't you know judge I mean they're they're damages case was either you could award this or you could award that yes and they awarded both we would have no way to predict whether we had an expert or not hey listen panel whatever you do make sure you don't give him a double recovery that that's mistake didn't happen until the award was issued and just very quickly because I want to reserve a little time for rebuttal the standard of review that you're operating under now I think is clear error as to my position would be the trial courts view of how to interpret the text of 11a is to be reviewed de novo and it's wrong and the trial courts factual finding that this award included a double recovery should be reviewed for clear error I'd like to reserve the remainder of my time thank you good morning may it please the court Richard Fosher on behalf of the Pelley's and cross appellants Beverly BN and Harvey Wellman MECC is essentially complaining that it's not fair for a district court in reviewing an arbitration award which the court noted is an extremely narrow review to simply focus on the face of the award when considering a motion to vacate relating to a miscalculation of figures in the award and the reason that MACC is doing this obviously is because this particular award does not contain an explained decision and in fact MACC noted that you're only going to have this type of review when by random chance the arbitrator show their work in the award itself the problem with this complaint that MACC is making is that it knew full well before this arbitration process started that the award was not going to contain an explained decision I take it the parties can can negotiate to get an explained decision exactly that was going to be my next point is that MACC could have drafted an arbitration clause which required the arbitrators to provide an in the award it didn't do that additionally within the parties agreement under the FINRA code which is incorporated into the agreement the parties have the opportunity to ask the panel for an explained decision MACC didn't do that either so again the parties can during the course of the proceeding the arbitration they can ask you know when you render your decision given explained correct okay and it did not do that so this fairness argument really doesn't hold a lot of water here but specifically as it gets as it relates to MACC's appeal and why it should be denied the party's agreement also had a specific provision which enabled a party to address computational errors with the panel after the award is issued and that provision as the court is likely aware provided 10 days after service of the award to address narrow topics such as computational errors it's undisputed that MACC did not make any submissions to the court up to the panel and that clearly results as waiver the case law is clear well the cases that you cite on that are all cases where the during the arbitration to correct and ask for correction of an error that was apparent during the arbitration so this case is a little different than the cases that you've cited at least as I view them I agree and this is a I think the appropriate way to look at it would be what the parties had the right to do during the arbitration process of course this is an unusual situation where you're dealing with alleged computational errors in the award but the point is is that the panel is still there the parties can go to the panel can they go now I mean under rule 12 905 I mean can can you still go in and say we think there's a that the initial investment loss has been counted twice in your award can you clarify no it can only be done for a period of 10 days after service of the award so the point is is when the case law the point to the case law I think is that if a party could have raised an issue or an argument with the arbitrators and it fails to do that then the issue was waived it's similar to an argument or an issue being raised with the district court if the part of the litigant cannot come to the Court of Appeals and raise this argument for the very first time so it had the opportunity to do it during the arbitration process it didn't do it and as a result it weighs this argument that it's making now in addition to that the party's arbitration agreement noted that all controversies were going to be submitted to the arbitration panel here you have MACC essentially arguing well even though we said all controversies were going to be submitted to the FINRA arbitration process on this particular one we just decided that we wanted to submit it to the district court as opposed to the the panel that's wrong let me ask you this is there a controversy I mean both parties seem to be in agreement that there's double counting here is that do you do you have some theory for how this could not be a double counting of the investment loss well yes because I think the award has to be viewed as a whole just to be clear the the appellee's position is not that there is that there was double counting because the award has to be viewed as a whole and of course you have to consider the assignments as the district court noted it's kind of like a it's it's not that clear now the reason that it's not double counting is because not only do submitted to the panel through the claimants experts at BN and Wellman never factored in the assignment in submitting those calculations so it it makes it much more difficult but I'd also like to note that what we're dealing with here the assignment of what what are you sure I'm sorry the part of the award the arbitration panel required that the appellees who were the injured party had to sign their ownership of the two securities that they own okay those securities have value I think the reason that the panel did it this way is because they were highly illiquid investments that essentially didn't trade on exchanges there was a dispute over so you're saying because we have that part that those securities involved in this award that sort of causes the actual award amount to be more in play that is there's more give in it I think I think that's a fair way to describe it if if it hadn't included the assignments then yes it would be more difficult but there's no pegged value to the right they're very illiquid securities exactly they didn't trade on exchanges the claimants had to come in and make a guesstimate as to what they were valued at based on the secondary markets but your mature experts said they were worth 82 782 thousand seven hundred and eighty four dollars right that that I won't dispute that okay so even if you were to back that out you'd still I mean it's still obvious that you had a windfall of over two hundred thousand least as I do the math well now I the issue though for the panel was the it didn't have to rely on the claimants expert for determining the valuation of the securities MACC was arguing that these were still good securities that they were valued higher than that obviously because they wanted the damages to be lower naturally but I think it's important to also point out that the district court correctly noted that what we're dealing with here is really not even a math issue it's really a legal issue the district court noted because that the arbitrators they didn't have calculators where they were coming up with these numbers or doing shorthand math what they did is they picked the numbers that were presented to them based on the various accounts that BN and Wellman had individual accounts joint accounts and so they took those numbers and they placed them into the award there was no math involved so really what MACC is complaining about here is that it feels that the arbitration panel didn't understand the correct legal manner by which to award compensatory damages to an injured party in the context of a securities fraud case and I think the district court got that right and I think the reason that MACC of course is arguing more in terms of math as opposed to this was a legal error is because as we all know legal error is not a ground to vacate or modify an award I also like to talk a little bit more about another waiver issue that MACC has with this statutory construction argument if the court has the opportunity to go back and look at the pleadings in the case before the district court the court will see that nowhere in the the opening brief or the reply or even oral argument did MACC make this argument about statutory construction and antecedent phrases and things of that nature and of course as we all know you don't get to bring up brand new arguments on appeal in fact if the court goes back and looks at those pleadings and that's what these motions to vacate are based on the pleadings it didn't really even talk about this face of the award argument it's kind of jumping to first it was the panel exceeded its powers and then there was manifest disregard of the law and now it's moved on to you know it shouldn't be just on the face of the award so again there's many waiver problems so if the court were to excuse all of these waivers look at this as a math issue and not a legal error which would be you know contrary to how the district court viewed it and actually went to this issue of the face of the award in the research that my firm did it seemed as though every single court that talked about the face of the award adopted that position the Elger case that MACC is talking about it appears that the party's never even discussed whether the court should look beyond the face of the award and the court's opinion certainly doesn't talk about the face of the award I would submit to the court that leaving it on this type of review is not only supported by other circuits but that standard is entirely consistent with the extremely well-settled principle of very limited review of arbitration awards and deference to the arbitrators because otherwise you're basically opening up arbitrations they don't end the the litigation it makes it so easy for parties to that well I'm going to come in because there was a miscalculation of figures and if you don't make it in the award on the face of the award you could challenge come in and challenge all types of things you could challenge the the claimants expert made a miscalculation we need to come in and have the district court vacate this award so that the act but it's as the court noted the time to be doing that is during the arbitration hearing MACC can't just sit back and not explain these issues to the panel and hope that and then just come in later and drag on this litigation which has been going on now for four plus years you want to talk about your issues I do feel yes I'm sorry on the on the cross appeal there are three issues and I have to move those quickly obviously the the party's agreement states very clearly that if a party losing party files a motion to vacate which is denied the award shall approve interest from the date of the award so the district court only gave interest on the compensatory components of the award as in not the attorneys fees and costs awards that were given and as noted in the pleadings that's a very specific provision the other one subsection 3 which talks about as specified by the panel is is more of a catch-all type of provision which should not be applied here and awarding interest is not only consistent with the award but it's consistent with the principle that MACC should not benefit from the time value of this money it's not disputing that it has to pay my the attorneys fees and costs portions of the award why should it get to get the time value of that money and my clients not have the time value of that money especially when the award specifically states that the award shall accrue interest when a losing party when a party files a motion to vacate which is subsequently denied regarding a post judgment ish interest is a note in the I believe that should be at 8% as opposed to the federal rate of 2.1% in the reason for that is the the the parties agreed even in the submissions that both parties made to the district court both parties agreed that the post judgment interest rate should be 8% in addition to that the contract says that it should be the state legal rate which is Colorado's 8% essentially what's happening is by changing the it to the federal rate the district court modified the award the arbitration panel said 8% until it's paid in full to change it to 2.1% modifies the award and I don't think that the court wants to do that finally with regard to the assignment I believe the district court erred because the language in the award stated that there to assign their ownership of but have these securities been sold and isn't that the problem today well so now you're just talking about the value or some other way to compensate you right well what happened is there was a distribution which ultimately was a liquidating distribution so what the district court added to the panels order was that in addition to transferring the ownership of the securities they also had to transfer any dividends distributions and interest and what we're asking for is obviously that the judgment reflect the plain language because because the option would be if you just said transfer the securities that's nothing there's nothing left that's true at this point all you have is the past value which is the accrual of the distribution and it may seem unfair but again we're I think the judgment should reflect what the award says not additional phrases that the district court added to the judgment thank you very much waiver first the FINRA rule applies when awards are final you may submit a calculation error to the director of FINRA who may submit it to the panel who may decline to hear it we filed a motion to vacate the award and in the rule that allows you to seek vacator and so and as your honor noted the case law is not on all fours the only case that comes close to being like this one is a trial court opinion that was vacated so there's no waiver based upon the failure to follow a permissive FINRA rule that didn't hold the time to pay it I mean when when rules say you may I mean that that's that's another way of available to you and you chose not to take advantage of that remedy by asking the arbitration panel to clarify its own war correct your honor because as we stand here today the relief that was sought at the district court has been pared down to a single sub issue out of three broader issues that were presented in the initial motion to vacate 90% of which cannot be presented to the FINRA panel pursuant to that rule and so we would have we were going to be in district court anyway and there's nothing in the terms of the FAA that would say you have to seek permissive calculation fixes from an arbitration panel before you proceed under section 11a there and the cases don't support that probably not sure jurisdictional but you know one body might be able to had a serious question and I didn't try the underlying case but there was a serious question as to whether to raise the bias of the panel itself as a ground for vacating the award and it simply was not viewed as a plausible path given that there was only a very narrow possible thing that that panel could have considered under the FINRA rule and a much broader argument to be made under the FAA really quickly we're out of time you're out of time I'm sorry thank you your honor thank you our next case